IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FLORENTINE ANGEL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES of AMERICA,<br><br>　　　　　Defendant. | CV 19-109-BLG-SPW-TJC<br><br>**ORDER** |

Before the Court is Plaintiff's unopposed motion for substitution of party. (Doc. 23.) Good cause appearing,

IT IS ORDERED that the motion is GRANTED. "Garrick Angel, Personal Representative for the Estate of Florentine Thomas Angel," shall be SUBSTITUTED for Florentine Angel as the plaintiff.

DATED this 9th day of November, 2020.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　TIMOTHY J. CAVAN
　　　　　　　　　　　　　　　　　United States Magistrate Judge