# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| GERRICK ANGEL, Personal Representative for the Estate of FLORENTINE THOMAS ANGEL, | CV 19-109-BLG-SPW-TJC |
| Plaintiffs, | ORDER |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Upon the Stipulation for Dismissal with Prejudice (Doc. 33) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 20th day of January, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge